IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS STATE CONFERENCE OF THE NAACP, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-1006-RP |
| GREG ABBOTT, *in his official capacity as Governor of the State of Texas*, JOHN SCOTT, *in his official capacity as Secretary of the State of Texas*, | § § § § § § | |
| Defendants. | § § | |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of Texas congressional districts and the constitutionality of the apportionment of Texas Senate and House districts, which are statewide legislative bodies. United States District Court Judge Robert Pitman has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Pitman. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

>Judge Jerry E. Smith
>Circuit Judge
>United States Court of Appeals for the Fifth Circuit
>
>Judge Robert Pitman
>United States District Judge
>Western District of Texas
>
>Judge Jeffrey V. Brown
>United States District Judge
>Southern District of Texas

**SIGNED** on November 18, 2021

*Priscilla R. Owen*
PRISCILLA R. OWEN
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUI